■ BERNARD HARVEY et al., Respondents, v MAZAL AMERICAN PARTNERS et al., Defendants, and ASSAY PARTNERS et al., Appellants and Third-Party Plaintiffs-Appellants. MOSHER STEEL COMPANY, a Division of TRINITY INDUSTRIES, INC., et al., Third-Party Defendants-Respondents.—Appeal from order of Supreme Court, New York County (Shirley Fingerhood, J.), entered on December 18, 1987, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Asch, Rosenberger, Ellerin and Smith, JJ.